No. 415. NISHIKAWA *v.* DULLES, SECRETARY OF STATE. Certiorari, 352 U. S. 907, to the United States Court of Appeals for the Ninth Circuit. Argued May 1–2, 1957. This case is restored to the calendar for reargument. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Oscar H. Davis* and *Beatrice Rosenberg* for respondent.

No. 710. TROP *v.* DULLES, SECRETARY OF STATE, ET AL. Certiorari, 352 U. S. 1023, to the United States Court of Appeals for the Second Circuit. Argued May 2, 1957. This case is restored to the calendar for reargument. *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Oscar H. Davis* and *J. F. Bishop* for respondents.

No. 589. GREEN *v.* UNITED STATES. Certiorari, 352 U. S. 915, to the United States Court of Appeals for the District of Columbia Circuit. Argued April 25, 1957. This case is restored to the calendar for reargument. *George Blow, George Rublee, II,* and *Charles E. Ford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Leonard B. Sand, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 816, Misc. HICKS *v.* HOLLAND, CIRCUIT COURT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.